## LEE vs. CHAMBERS.

The summons in a writ of replevin "to appear before the undersigned, a Justice of the Peace of Buchanan, in said county, at my office," is sufficiently certain.

*Berrien Circuit*, 1870.

Motion on special appeal.

*O. L. Coolidge*, in support of the motion, contended it was uncertain as to where the office was, and cited 1 *Cow. T.* 458; *Haines' Justice*, 168; *C. L.*, § § 3665, 3695.

*By the Court*, BLACKMAN, J.—The Court takes judicial notice that Buchanan is a township in Berrien county, and that the justice must have his office in that town. The phrase " of Buchanan, in said county at my office" is in substance the same as at my office in the township in which I am a justice."

Motion denied.